**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JANE DOE,<br><br>*Plaintiff*,<br><br>v.<br><br>THE FRATERNITY OF ALPHA KAPPA LAMBDA GAMMA PI CHAPTER and THE FRATERNITY OF ALPHA KAPPA LAMBDA,<br><br>*Defendants*. | CIVIL ACTION NO. 3:24-CV-1812 (OAW)<br><br>NOVEMBER 18, 2024 |

**MOTION TO SEAL FROM PUBLIC INSPECTION DECLARATION CONTAINING PLAINTIFF'S READ NAME**

Plaintiff hereby moves this Court to seal from public inspection the declaration filed by Plaintiff's counsel that refers to Plaintiff by name. This relief is necessary because this action involves allegations of sexual assault, and public knowledge of the identify of Jane Doe would constitute an invasion of her privacy and subject her to the threat of retaliation and/or harassment.

**RESPECTFULLY SUBMITTED,**

**THE PLAINTIFF,**
**JANE DOE**

BY:___________________________
Elizabeth K. Adams, ct26259
The Adams Law Firm, P.C.
41B New London Turnpike, Suite 7C
Glastonbury, CT 06033
Phone: 860-724-1300 Fax: 860-724-1302
Email: eadams@ekadamslaw.com

**CERTIFICATION**

I hereby certify that on November 18, 2024, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

________________________________
Elizabeth Knight Adams, Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JANE DOE,<br><br>*Plaintiff*,<br><br>v.<br><br>THE FRATERNITY OF ALPHA KAPPA LAMBDA GAMMA PI CHAPTER and THE FRATERNITY OF ALPHA KAPPA LAMBDA,<br><br>*Defendants.* | CIVIL ACTION NO.<br>3:24-CV-1812 (OAW)<br><br>NOVEMBER 18, 2024 |

**<u>REDACTED DECLARATION OF ELIZABETH KNIGHT ADAMS</u>**

I, Elizabeth Knight Adams, an attorney admitted to the Bar of the State of Connecticut, and this Court hereby declare, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

1. Jane Doe, who resides in Connecticut, retained me to represent her in the above captioned action.

2. The plaintiff has assumed the name Jane Doe for the purpose of bringing the above captioned action.

3. Plaintiff has assumed a fictitious name only to prosecute this action, because she is the victim of a sexual assault, and to avoid the disclosure of private information, as well as the threat of retaliation and/or harassment.

4. I declare under the penalty of perjury under the laws of the United States of America and pursuant to and subject to the penalties of 28 U.S.C. § 1746, relating to unsworn

falsification to authorities, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated November 18, 2024

Elizabeth Knight Adams, Esq.
Federal Bar. No. ct26259